# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANCISCO ESPINOZA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KIMBERLY HOLLAND, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-3892 CAS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that Judgment be entered denying the petition and
2  dismissing this action with prejudice.

DATE:  December 5, 2016

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2